JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL JOHN MALONE,<br><br>        Petitioner,<br><br>v.<br><br>JAMES A. YATES, Warden,<br><br>        Respondent. | Case No. EDCV 08-0602-R (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 2, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE